FILED
2019 NOV -4 PM 3:07

RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

Shareefa Wadud
  Debtor(s)

Case No. 18-57238

Judge: Hopkins

Chapter: 13

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Under penalty of perjury, the Movant declares that the following statements and information are true and correct.

1. To the best of the Movant's knowledge, a check in the amount of $ 2055.00 was issued to Shareefa Wadud (name of original creditor/claimant).

2. To the best of the Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3. The Movant's current address, phone number and social security number (last 4 digits only of social security number or complete EIN) are as follows:

1728 Penfield Rd Columbus, Ohio 43227
(614) 778-7732
#4377

4. The Movant did not receive the check or did not negotiate the check for the following reason(s):

Bankruptcy attorney Karen Hamilton did not forward Movant's address, phone number, and Letters of Authority to trustee in time.

5. Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6. Movant understands that pursuant to 18 U.S.C. §152, a fine or imprisonment or both may be imposed if he/she knowingly or fraudulently made any false statements in this document.

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to the Movant at the above address.

Dante J. Marable
Movant's signature

Dante L. Marable
Movant's printed name

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In re                                                                                    Case No. _18-57238_

_Shareefa Abdud_
    Debtor(s)                                                                    Judge: _Hopkins_

                                                                                         Chapter: _13_

**NOTICE OF MOTION**

has filed a Motion for Payment of Unclaimed Funds with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to: *(select office where case is/was pending)*

OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

Name:
Address:

and, *(List below the names and addresses of others to be served)*

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following by ordinary U.S. Mail on the __4th__ day of __November__, 20_19_.

*Debtor:* Shereefa Wadud
1728 Penfield Rd.
Columbus, Ohio 43227

*Debtor's Attorney:* Karen Hamilton Law Office
19 E. Kossuth St.
Columbus, Ohio 43206

*Case Trustee:* Frank M. Pees
130 E. Wilson Bridge Rd
Worthington, Ohio 43085

United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

*Indicate the office that was served:*

☐ United States Trustee          *(Cincinnati cases)*
36 East Seventh Street, Suite 2030
Cincinnati, Ohio 45202

☒ United States Trustee          *(Columbus and Dayton cases)*
170 North High Street, Suite 200
Columbus, Ohio 43215

/s/ Dante J. Marable
/Movant's signature/



597368     4.5   Pages: 0001

PC-E-4.5 (Rev. 10-2000)

# PROBATE COURT OF FRANKLIN COUNTY, OHIO
## ROBERT G. MONTGOMERY, JUDGE

ESTATE OF __Shareefa Wadud aka Theresa Ann Freeman__, DECEASED

CASE NO. __597368__

All checks to be made payable to the Fiduciary and Custodial Depository

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
(For Executors and all Administrators) **LIMITED**

Name and title of fiduciary __Dante L. Marable, Administrator__

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that:

Decedent died **[check one of the following]**  ☐ testate  ☒ intestate  on __March 19, 2019__

domiciled in __Columbus, Franklin County, Ohio__

**[Check one of the following]** - ☐ Bond is dispensed with by the Will - ☐ Bond is dispensed with by law

☒ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to administer fully *decedent's estate. This entry* of appointment constitutes the fiduciary's letters of authority.

__APR 1 5 2019__
Date

_Robert G. Montgomery_
Robert G. Montgomery, Judge

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

FILED #17
APR 1 5 2019
Robert G. Montgomery, Judge
Franklin County Probate Court

**ROBERT G. MONTGOMERY**
Judge and Ex-Officio Clerk

By _____ Deputy Clerk

Date __MAY 1 3 2019__

4.5

FORM 4.5 - ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY