**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Jeffery P. Hopkins
**United States Bankruptcy Judge**

**Dated: January 30, 2020**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN        DIVISION

| | |
|---|---|
| In re: Shareefa Wadud | Case No.: 18-57238 |
| | Chapter: 13 |
| Debtor(s) | Judge: Jeffery P. Hopkins |

### ORDER DENYING
### MOTION FOR PAYMENT OF UNCLAIMED FUNDS  (DOC. NO.   39   )

The above-referenced Motion for Payment of Unclaimed Funds (hereinafter, the "Motion") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒      The Motion does not include the additional required documentation necessary to identify the entity. (LBR 3011-1(d) states that when an entity other than the original claimant or assignee files a motion for unclaimed funds, the motion must include the following additional requirements, where applicable, to establish the right to payment of the unclaimed funds: proper authority by the claimant requesting release of the funds, letter of administration or probated will, and/or corporate documents showing proof of ownership of the funds through amendment, merger or dissolution.)

The Motion is therefore **DENIED** without prejudice.

**IT IS SO ORDERED.**

**NOTE:** A form Application for Payment of Unclaimed Funds that complies with our Local Bankruptcy Rules is available on the Court's website at https://www.ohsb.uscourts.gov/unclaimed-funds. While the use of this form application is not required, parties requesting the release of unclaimed funds are strongly encouraged to use the form to ensure Local Rule compliance.

Copies To:
Default List